IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GINA M. HOLLEY                                                                           PLAINTIFF

v.                                                 NO. 2:07CV154-M-S

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT

## O R D E R GRANTING MOTION FOR ATTORNEY'S FEES

Presently before the court is the claimant's motion for approval of attorney's fees in the amount of $5,362.50 for 35.75 hours of court-related work in this case. The defendant does not oppose an award in the amount requested by counsel. After having carefully considered the motion, together with the exhibits attached thereto, the court finds as follows:

The Social Security Administration has withheld $12,379.00 from the claimant's past due benefits for attorney's fees. The claimant's attorney has been allowed fees in the amount of $5,300.00 for services rendered to the claimant in this matter at the administrative level. The amount of fees sought by counsel herein will not cause the total amount of attorney's fees to exceed 25 percent of the past-due benefits. Therefore, the court finds that the sum of $5,362.50 constitutes a reasonable fee for the services rendered by the claimant's attorney in this matter at the judicial level. Accordingly, it is **ORDERED:**

That the instant motion is hereby **GRANTED**, and the claimant's attorney, Thomas U. Reynolds, is hereby allowed $5,362.50 for his services to claimant before this court.

**THIS**, the 8th day of October, 2009.

                                                            /s/ David A. Sanders
                                                            **UNITED STATES MAGISTRATE JUDGE**